IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYREE J. BROWN, | CIVIL ACTION |
| Petitioner, | |
| v. | NO. 19-2872 |
| MR. MCGINLEY, et al., | |
| Respondents. | |

**ORDER**

CHAD F. KENNEY, J.

**AND NOW**, this 3rd day of MARCH, 2020, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus (Doc. No. 1), the Response thereto (Doc. No. 10), and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (Doc. No. 11), **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.
2. The Petition for a Writ of Habeas Corpus is **DENIED AND DISMISSED AS UNTIMELY**.
3. There is no basis for the issuance of a certificate of appealability.
4. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

_____
CHAD F. KENNEY, J.